

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Marshall Deshun Parker, Appellant

No. 06-14-00238-CR        v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 13-0417X).  Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no reversible error in the judgment of the court below.  However, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to delete the assessment of attorney fees.  As modified, we affirm the judgment of the trial court.

We note that the appellant, Marshall Deshun Parker, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JUNE 4, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk